# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SQUATRITO, DOMINIC J. | US DISTRICT COURT HARTFORD, CT | 8/6/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTR. JUDGE-SENIOR STATUS | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

US DISTRICT COURT
450 MAIN STREET
HARTFORD, CT 06103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 8/6/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ████████████████████ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 8/6/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | People's United Bank | Mortgage and equipment notes, and revolving credit ▮▮▮▮. | P2 |
| 2. | Connecticut Innovations, Inc. | Mortgage and equipment notes ▮▮▮▮. | P1 |
| 3. | The State of Connecticut Department of Community and Economic Development (DECD) | Equipment and leasehold improvement note for ▮▮▮▮ | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 8/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Webster Bank - checking account (X) | A | Interest | K | T | | | | | |
| 2. Bank of America - checking account | A | Interest | | | Closed | 08/30/13 | | | |
| 3. Fidelity Contra Fund - mutual fund | A | Dividend | J | T | | | | | |
| 4. ▆▆▆ South Windsor, CT | G | Rent | P2 | W | | | | | |
| 5. ▆▆▆ - common stock | A | Int./Div. | P1 | U | | | | | |
| 6. Land, Windham, CT | | None | K | W | | | | | |
| 7. Cossombrato, Italy - Real Estate | | None | M | W | | | | | |
| 8. Vacation Property, South Kingston, RI | | None | O | W | | | | | |
| 9. Vacation Property, South Kingston, RI | | None | O | W | | | | | |
| 10. Coventry, CT Real Estate | | None | J | W | | | | | |
| 11. National Financial Services (X) | A | Dividend | L | T | | | | | |
| 12. People's United Bank - checking account (X) | A | Interest | K | T | | | | | |
| 13. Lincoln Financial - checking | A | Interest | J | T | | | | | |
| 14. John Hancock Lifestyle Conservative Fund (401k) | A | Interest | M | T | | | | | |
| 15. Hines Global REIT (X) | A | Int./Div. | L | T | | | | | |
| 16. Wilmington Trust Cash | A | Interest | M | T | | | | | |
| 17. Abbott Laboratories - common stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 8/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Abbvie Inc - common stock | A | Dividend | K | T | | | | | |
| 19. Apple Inc - common stock | A | Dividend | J | T | | | | | |
| 20. Chevron Corp - common stock | A | Dividend | K | T | | | | | |
| 21. Citigroup Inc - common stock | A | Dividend | K | T | Buy | 05/29/14 | J | | |
| 22. Citigroup Inc - common stock | A | Dividend | | | Buy (add'l) | 12/10/14 | J | | |
| 23. Coca Cola Co Com - common stock | A | Dividend | K | T | | | | | |
| 24. Cummins Inc Com - common stock | A | Dividend | J | T | | | | | |
| 25. Danaher Corp Com - common stock | A | Dividend | K | T | | | | | |
| 26. Delta Airlines Inc - common stock | A | Dividend | K | T | Buy | 03/31/14 | J | | |
| 27. Digital Airlines Inc - common stock | A | Dividend | J | T | Buy | 02/27/14 | J | | |
| 28. Walt Disney Co - common stock | A | Dividend | K | T | | | | | |
| 29. Ecolab Inc Com - common stock | A | Dividend | K | T | | | | | |
| 30. EMC Corp Mass Com - common stock | A | Dividend | K | T | | | | | |
| 31. Exxon Mobil Corp - common stock | A | Dividend | K | T | Buy (add'l) | 12/16/14 | J | | |
| 32. Gallagher Arthur J & Co - common stock | A | Dividend | J | T | Buy | 02/27/14 | J | | |
| 33. Home Loan Servicing Solution - common stock | A | Dividend | J | T | Buy | 02/27/14 | J | | |
| 34. Honeywell Intl Inc Com - common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 8/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. International Business Machines Corp - common stock | A | Dividend | K | T | | | | | |
| 36. Illinois Tool Sks Inc Com - common stock | A | Dividend | K | T | | | | | |
| 37. ITC Holdings Corp - common stock | A | Dividend | K | T | | | | | |
| 38. JP Morgan Chase - common stock | A | Dividend | J | T | Buy | 02/27/14 | J | | |
| 39. Kimberly Clark Corp - common stock | A | Dividend | J | T | | | | | |
| 40. Kroger Company - common stock | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 41. Merck & Company - common stock | A | Dividend | J | T | Buy | 03/31/14 | J | | |
| 42. Nextera Energy Inc - common stock | A | Dividend | K | T | | | | | |
| 43. Occidental Petroleum Corp - common stock (X) | A | Dividend | J | T | | | | | |
| 44. Omnicom Group Inc Com - common stock | A | Dividend | K | T | | | | | |
| 45. Panera Bread Co - common stock | A | Dividend | L | T | | | | | |
| 46. Paychex Inc Com - common stock | A | Dividend | K | T | Buy | 02/27/14 | J | | |
| 47. Pepsico Inc Com - common stock | A | Dividend | K | T | | | | | |
| 48. Pfizer Inc - common stock | A | Dividend | J | T | | | | | |
| 49. PNC Financial Services Group Inc - common stock | A | Dividend | J | T | Buy | 05/29/14 | J | | |
| 50. Praxair Inc - common stock | A | Dividend | J | T | | | | | |
| 51. Procter & Gamble Co com - common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 8/6/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Qualcomm Inc Com - common stock | A | Dividend | K | T | Buy | 04/08/14 | K | | |
| 53. Southern Co Com - common stock | A | Dividend | K | T | | | | | |
| 54. Sysco Corp - common stock | A | Dividend | J | T | | | | | |
| 55. Target Corp - common stock | A | Dividend | K | T | | | | | |
| 56. Union Pacific Corp - common stock | A | Dividend | K | T | | | | | |
| 57. United Technologies Corp - common stock | A | Dividend | K | T | | | | | |
| 58. Wells Fargo & Co - common stock | A | Dividend | K | T | | | | | |
| 59. The Williams Company Inc | A | Dividend | K | T | | | | | |
| 60. Citizens PPTY Ins Corp Florida | A | Int./Div. | K | T | Buy | 01/30/14 | K | | |
| 61. Colorado State Dept of Transportation | A | Int./Div. | K | T | Buy | 02/10/14 | K | | |
| 62. Johnson County Kansas Sch Dist | A | Int./Div. | K | T | Buy | 02/14/14 | K | | |
| 63. Pheonix Arizona Civic Impt Corp | A | Int./Div. | K | T | Buy | 01/29/14 | K | | |
| 64. Cumberland Cnty North Carolina | A | Int./Div. | K | T | Buy | 01/31/14 | K | | |
| 65. Georgia State | A | Int./Div. | K | T | Sold (part) | 07/01/14 | K | | |
| 66. Georgia State | A | Int./Div. | | | Buy | 02/18/14 | K | | |
| 67. Philadelphia Pennsylvania Str & Wst | A | Int./Div. | K | T | Buy | 02/14/14 | K | | |
| 68. Mesa Arizona Highway Rescue | A | Int./Div. | K | T | Buy | 01/31/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 8/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Michigan State Fin Auth Revenue | A | Int./Div. | K | T | Buy | 01/30/14 | K | | |
| 70. Michigan State Fin Auth Revenue | A | Int./Div. | K | T | Buy | 02/14/14 | K | | |
| 71. Ohio State Univ | A | Int./Div. | K | T | Buy | 01/30/14 | K | | |
| 72. Keller TX INDPT SCH | A | Int./Div. | K | T | Buy | 09/05/14 | K | | |
| 73. Indiana State Fin Auth Rev | A | Int./Div. | K | T | Buy | 01/31/14 | K | | |
| 74. Charleston South Carolina WTRWKS | A | Int./Div. | K | T | Buy | 02/14/14 | K | | |
| 75. Pasadena Texas | A | Int./Div. | K | T | Buy | 02/19/14 | K | | |
| 76. Missouri State Hlth & Eductnl Fac | A | Int./Div. | K | T | Buy | 03/13/14 | K | | |
| 77. Pflugerville Texas Indep Sch Dist | A | Int./Div. | K | T | Buy | 06/27/14 | K | | |
| 78. Souderton Pennsylvania Area Sch Dist | A | Int./Div. | K | T | Buy | 01/30/14 | K | | |
| 79. Deutsch CMO - bond | A | Int./Div. | K | T | Sold (part) | 02/25/14 | J | | |
| 80. Ishares cohen & Steers Reits ETF | A | Interest | M | T | Buy | 04/14/14 | K | | |
| 81. Newtown CT 2.5% | A | Interest | | | Sold | 01/21/14 | K | A | |
| 82. Gulf Breeze FL 4.5% | A | Interest | | | Sold | 01/21/14 | K | A | |
| 83. Newington CT | A | Interest | | | Sold | 01/21/14 | K | A | |
| 84. Madison CT 3.0% | A | Interest | | | Sold | 01/21/14 | K | A | |
| 85. Griswold CT | A | Interest | | | Sold | 01/21/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 8/6/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. South Cent CT Watr | A | Interest | | | Sold | 01/21/14 | L | A | |
| 87. Litchfield CT | A | Interest | | | Sold | 01/21/14 | L | A | |
| 88. California Resource Corp - common stock | A | Dividend | | | Spinoff (from line 43) | 12/01/14 | J | | |
| 89. California Resource Corp - common stock | A | Dividend | | | Sold | 12/16/14 | J | | |
| 90. Seadrill Limited - common stock | A | Dividend | | | Sold | 11/25/14 | K | | |
| 91. WPX Energy Inc - common stock | A | Dividend | | | Sold | 02/27/14 | J | A | |
| 92. Halyard Health Inc | A | Int./Div. | | | Spinoff (from line 39) | 11/03/14 | J | | |
| 93. Halyard Health Inc | A | Int./Div. | | | Sold | 11/17/14 | J | | |
| 94. University Texas | A | Int./Div. | | | Buy | 03/11/14 | K | | |
| 95. University Texas | A | Int./Div. | | | Matured | 08/15/14 | K | | |
| 96. Federated Ultra Short FD | A | Dividend | | | Sold | 01/16/14 | M | | |
| 97. Connecticut ST 2.75% (Y) | | | | | | | | | |
| 98. Fidelity CT Municipal Income Fund | A | Int./Div. | | | Sold | 02/27/14 | L | | |
| 99. Federated Gov Obl Tx | A | Interest | | | Redeemed | 01/02/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Dominic Squatrito has a hedge investment called "Hines Global Reit, Inc" that has an unknown value as of 12/31/2014. Therefore this was not included in Part VII of this report.

The Lincoln Financial Group was added twice on the original report, it was removed in this revised version.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DOMINIC J. SQUATRITO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544